

# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2021

No. 04-21-00193-CV

Lucas **GILLIAM**,
Appellant

v.

Irma **DE LEON**, Bryan Whipkey and Chelsey Whipkey,
Appellees

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 34244
Honorable Enrique Fernandez, Judge Presiding

# O R D E R

Appellees' motion for an extension of time to file their brief is GRANTED. Appellees' brief is due on or before **October 13, 2021**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of September, 2021.

_____
Michael A. Cruz,
Clerk of Court